THE HONORABLE RICHARD A. JONES

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDI J. AUSTELL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a Washington limited liability company,<br><br>　　　　　　　Defendant. | NO. 2:17-cv-00712-RAJ<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

WHEREAS Plaintiff Randi J. Austell has agreed to voluntarily dismiss the above-captioned lawsuit with prejudice as to her individual claims and without prejudice as to the potential claims of any absent putative class members.

WHEREAS, Defendant Receivables Performance Management, LLC has filed and served its answer to Plaintiff's Complaint;

Therefore the parties agree and stipulate as follows, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

## I.　STIPULATION

The above-captioned lawsuit shall be dismissed with prejudice as to Plaintiff Randi J. Austell's individual claims, and without prejudice as to the potential claims of any absent putative class members. Each party shall bear their respective attorneys' fees and costs of suit.

IT IS SO STIPULATED.

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
41(A)(1)(A)(II) - 1
CASE NO. 2:17-cv-00712-RAJ

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5050
www.terrellmarshall.com

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED AND DATED this 11th day of August, 2017. |

TERRELL MARSHALL LAW GROUP PLLC          GORDON & REES LLP

By: /s/ Adrienne D. McEntee, WSBA #34061      By: /s/ Elizabeth K. Morrison, WSBA #43042
    Beth E. Terrell, WSBA #26759                        Elizabeth K. Morrison, WSBA #43042
    Email: bterrell@terrellmarshall.com               Email: emorrison@gordonrees.com
    Adrienne D. McEntee, WSBA #34061              Sean Flynn, WSBA #43386
    Email: amcentee@terrellmarshall.com            Email: sflynn@gordonrees.com
    936 North 34th Street, Suite 300                      701 5th Avenue, Suite 2100
    Seattle, Washington  98103-8869                    Seattle, Washington  98104
    Telephone: (206) 816-6603                                Telephone: (206) 695-5100
    Facsimile: (206) 319-5450                                 Facsimile: (206) 689-2822

*Attorneys for Plaintiff and the Proposed Classes*          *Attorneys for Defendant*

## II.   ORDER

IT IS SO ORDERED.

Dated this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
41(A)(1)(A)(II) - 2
CASE NO. 2:17-CV-00712-RAJ

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5050
www.terrellmarshall.com

## CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on August 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Elizabeth K. Morrison, WSBA #43042
>Email: emorrison@gordonrees.com
>Sean Flynn, WSBA #43386
>Email: sflynn@gordonrees.com
>Stephanie Hosey
>Email: shosey@gordonrees.com
>Leslie Handy
>Email: lhandy@gordonrees.com
>GORDON & REES LLP
>701 5th Avenue, Suite 2100
>Seattle, Washington 98104
>Telephone: (206) 695-5100
>Facsimile: (206) 689-2822

*Attorneys for Defendant*

DATED this 11th day of August, 2017.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By: /s/ Adrienne D. McEntee, WSBA #34061
>Adrienne D. McEntee, WSBA #34061
>Email: amcentee@terrellmarshall.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103
>Telephone: (206) 816-6603
>Facsimile: (206) 319-5450
>
>*Attorneys for Plaintiff and the Proposed Classes*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
41(A)(1)(A)(II) - 3
CASE NO. 2:17-CV-00712-RAJ

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5050
www.terrellmarshall.com